No. 707.  McMurtrey *v.* Clark.  January 6, 1947. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied.  Petitioner *pro se.*  *Acting Solicitor General Washington, Robert S. Erdahl* and *Leon Ulman* for respondent.  ■

No. 720.  Brown *v.* Bush, Warden.  January 6, 1947. Petition for writ of certiorari to the Supreme Court of Michigan denied.

No. 757.  Davis *v.* Ragen, Warden;
No. 783.  Scarpinato *v.* Ragen, Warden; and
No. 784.  Lewis *v.* Illinois.  January 6, 1947.  Petitions for writs of certiorari to the Supreme Court of Illinois denied.

No. 785.  Evans *v.* Ragen, Warden.  January 6, 1947. Petition for writ of certiorari to the Criminal Court of Cook County, Illinois, denied.

No. 795.  Kimler *v.* Ragen, Warden.  January 6, 1947.  Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied.

No. 796.  Holland *v.* Ragen, Warden.  January 6, 1947.  Petition for writ of certiorari to the Circuit Court of Will County, Illinois, denied.

No. 797.  Taylor *v.* Ragen, Warden.  January 6, 1947.  Petition for writ of certiorari to the Supreme Court of Illinois denied.